UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:12-md-02385-DRH-SCW<br><br>MDL No. 2385 |

**This Document Relates To:**

The **Member Actions** Subject to the NOTICE of Settlement of Stipulation of Dismissal with Prejudice of Settled Actions **(MDL 2385 Doc. 636)** and Identified in Exhibit 1 Attached Thereto **(MDL 2385 Doc. 636-1)**

<u>**JUDGMENT IN A CIVIL CASE**</u>

HERNDON, U.S. District Judge:

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on March 24, 2015(MDL 2385 Doc. 636), the member actions identified in Exhibit 1 to the parties' Stipulation of Dismissal (Doc. 636-1) are **DISMISSED** with prejudice.  Each party shall bear their own costs.

        JUSTINE FLANAGAN,
        ACTING CLERK OF COURT

        BY:   /s/*Caitlin Fischer*
            Deputy Clerk

Dated: April 12, 2015

Digitally signed by David R. Herndon
Date: 2015.04.12 07:03:44 -05'00'

APPROVED:
    U.S. DISTRICT JUDGE
    U. S. DISTRICT COURT